IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Santiago Rivera, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   15 C 6368 |
| | ) | |
| MSW Capital, LLC, a Florida limited liability company, Halsted Financial Services, LLC, an Illinois limited liability company, and Praxis Financial Solutions, Inc., an Illinois corporation, | ) ) ) ) ) ) | Judge Kennelly |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses his claims against the Defendants, with prejudice.

Dated: October 5, 2015

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 5, 2015, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on October 5, 2015.

Galen M. Hair
Varadi, Hair & Checki, LLC
650 Poydras Street
Suite 1550
New Orleans, Louisiana 70130


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com